UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GAY,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **No. 06-3432** |
| **NASH,** *et al.* | **SECTION: I/2** |

### ORDER

Before the Court is a motion filed by defendant, Omni Pinnacle, L.L.C., to dismiss plaintiff's complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Defendant argues, and the Court agrees, that this Court does not have diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is not complete diversity of citizenship between the parties. Defendant is a Louisiana limited liability corporation,[1] and plaintiffs allege that they are domiciled in Louisiana.[2] On January 5, 2007, counsel for plaintiffs notified the Court by telephone that he had no objection to defendant's motion.

Accordingly,

**IT IS ORDERED** that the motion filed by defendant, Omni Pinnacle, L.L.C., to dismiss

---

[1] Rec. Doc. No. 19-4.

[2] Rec. Doc. No. 1, p. 1.

plaintiff's complaint for lack of subject matter jurisdiction[3] is **GRANTED**, and plaintiffs'

complaint is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, January __8th__, 2007.

                                              **LANCE M. AFRICK**
                                    **UNITED STATES DISTRICT JUDGE**

---

[3] Rec. Doc. No. 19.

2